**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-05711-RTG

CESAR ONTON CHATE,

Petitioner,

v.

DAVID VENTURELLA, Acting Director of ICE,
MARKWAYNE MULLIN, Secretary of DHS, and
JUAN BALTAZAR, Warden of Det, Center,

Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

Pursuant to D.C.COLO.LCivR 8.1, the Clerk of Court is directed to assign this matter to Senior Judge Lewis T. Babcock. The undersigned will remain as the assigned magistrate judge.

Dated: November 16, 2026

---